IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRANK THOMAS, #B29288, </br></br> Plaintiff, </br></br> vs. </br></br> BOST, and </br> ROBERT A. HOLLENBECK </br></br> Defendants. | Case No. 16-cv-00895-JPG |

## JUDGMENT

**GILBERT, District Judge:**

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**IT IS ORDERED** that Plaintiff shall recover nothing, and the action be **DISMISSED on the merits with prejudice.** The parties shall bear their own costs. This dismissal shall count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: October 6, 2016

                                            JUSTINE FLANAGAN, ACTING CLERK

                                            By: s/ Tanya Kelley
                                                  Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
                J. PHIL GILBERT
                United States District Judge